# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida ▼

___Jacksonville___ Division

3:22CV1228 - HES-MCR

Zeqarije Julie Mehmedagic and Osman Mehmedagic

Case No. 3:14-CV-786-J-34PDB
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☑ No

-v-

Fortress Law Group, LLC/Michael W. Lanier LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

FILED 2022 NOV -7 PM 2:37 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Zeqarije Julie Mehmedagic and Osman Mehmedagic |
   | Street Address | 848 Maywood Avenue |
   | City and County | Maywood, Bergen County |
   | State and Zip Code | New Jersey 07607 |
   | Telephone Number | 201-294-1468 |
   | E-mail Address | juliezm@verizon.net |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

| | |
|---|---|
| Name | The Law Offices of Michael W. Lanier/Lanier Law LLC |
| Job or Title *(if known)* | Attorneys' at Law |
| Street Address | 4237 Salisbury Road, Suite 108 |
| City and County | Jacksonville, Duval |
| State and Zip Code | Florida 32216 |
| Telephone Number | 904-647-2246 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Fortress Law Group LLC |
| Job or Title *(if known)* | Attorneys' at Law |
| Street Address | 4720 Salisbury Road, Suite 100 |
| City and County | Jacksonville, Duval |
| State and Zip Code | Florida 32256 |
| Telephone Number | 888-958-2295  904-257-0764 |
| E-mail Address *(if known)* | jlaker@fortresslawgroup.com,  http://fortresslawgroup.com/ |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Mr. and Mrs. Mehmedagic, the Plaintiff's are New Jersey residents, and the Fortress Law Group is/was located in Jacksonville, FL., therefore, this is a different jurisdiction. It must be handled by an attorney who can reprersent the Plaintiff's in Florida court.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
See attached documents (Copy of the Statement of Claim enclosed)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Total amount paid: $6,000.00 to Fortress Law Group LLC for proposed, mortgage loan modification, that never took place.
Fortress Law Group LLC neither represented our case for loan modification, (Fee charged $3,000), nor did they pay the arranged partial mortgage payments of ($600 x 5=$3,000) on our behalf to Bank of America, Mortgage Department. They claimed that the payments would be held in an escrow account until the loan modification was processed, and then those funds would be applied towards our mortgage, but that was never carried out.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/02/2022

Signature of Plaintiff *[signature]*

Printed Name of Plaintiff Zeqarije Julie Mehmedagic

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

# Complaint

During 2012-13, our family was going through a hardship, and we were trying to find a way to modify two loans into one:

      1st Mortgage with Bank of America

      2nd Equity Loan with Wachovia/Wells Fargo

We wanted to modify/streamline the above listed loans into one, with a lower interest rate, to make the payment more affordable. However, during that time, I, had been laid off from my nine-year employment, as an Accountant/Full Charge Bookkeeper at Russell, Holbrook and Henderson, Inc., a manufacturing firm, and this is when our financial difficulties began. Although I took contracted assignments with Norman Staffing/Accountemps, and worked part time at Bloomingdales, my income was no longer providing sufficiently for the family expenses. Unfortunately, Hurricane Sandy hit New Jersey in October of 2012, and my husband was out of work for several months, so this left us financially unstable.

In addition, my son was attending Seaton Hall college, and we had just adopted our granddaughter who had special needs, so she needed full-time care. With overwhelming financial obligations and unstable income, we needed legal representation and advice, to get our finances back on track.

After doing some research, I found The Law Offices of Michael W. Lanier, P.A., who claimed to have 20 years' experience in Loan Modification/Foreclosure bailouts. I reached out to them via email, and I also mailed out a letter, dated May 17, 2012 (Copy attached), seeking their council. Stephen Nesmith, Senor Housing Counselor at The Law Offices of Michael W. Lanier, emailed me the necessary forms to fill out, but I did not submit them because I was not able to pay the requested fee of $2,500.00.

By November 2, 2012, I was told that our modification would be handled by a different law firm, Fortress Law Group LLC, and a new set of forms was emailed. This included a contract that requested $3,000.00 fee, or our mortgage modification would not go through. Bank of America was calling almost daily for payment of our delinquent mortgage, and we were under extreme pressure. We decided to pay the $3,000.00, (Two separate payments of $1,500.00 each, copies attached), for proposed loan modification. I forwarded all the requested documents for processing by regular mail on 11/20/2012 (Copies attached), and I also mailed to Bank of America, mortgage holders, the same letter, with the attachments; so that the mortgage department would have the necessary details for our proposed loan modification.

Phone calls kept coming from Jim Laker, at Fortress Law Group, and I was matched with Pamela Thomas, who supposedly arranged affordable partial mortgage payments of $600.00/month towards our Bank of America mortgage. These funds would remain in an escrow account until the loan modification was processed. I agreed to those terms because I felt that $600.00 per month partial payments towards the mortgage, and a monthly update of our financial situation, would keep Bank of America, Mortgage Department content, until we regained our respectable full-time employment.

Therefore, we paid $6,000 in fees for a proposed loan modification to Fortress Law Group

    ($1,500.00 x 2=$3,000) Fee for loan modification

    ($600 x 5=$3.000) five months of partial payments at $600.00 each, as specified above.

I reached out to Bank of America, mortgage department, to enquire about our loan modification status, but I was told that there had been no loan modification request on our behalf. They also told me that no partial payments were applied towards our mortgage. Even though I provided the mortgage department at the Bank of America with all the monthly partial payment details, which were directly deducted from our Bank of America checking account (5 x $600=$3,000), they didn't take any responsibility for what seemed like a scam.

I immediately called Pamela Thomas at Fortress Law Group, and after I spoke to her, I realized that, even though we signed the legal documents that bonded them to assist us with the modification, it was just a front for a scam. They never represented our case for loan modification. Instead, they scammed us at the time when we needed legal representation the most.

We were not able to pursue this case through courts at that time, due to overwhelming financial obligations, specifically since The Law Offices of Michael W. Lanier LLC and Fortress Law Group LLC were Florida Limited Liability companies, and out of New Jersey's jurisdiction.

Several weeks ago, I decided to reach out to the Middle District of Florida, Jacksonville Division, and I spoke to Betty who instructed me how to file my case online or by mail. After you review the attached documents pertaining to this case, please let me know if you have any questions.

I am hoping that the United States District Court for the Middle District of Florida, Jacksonville Division, will represent our case in court.

Sincerely,


Zeqarije Julie Mehmedagic
848 Maywood Avenue
Maywood, NJ 07607
(201) 294-1468 Cell
juliezm@verizon.net

**Zeqarije Julie Mehmedagic**
**848 Maywood Avenue**
**Maywood, NJ 07607**
**(201) 294-1468**
juliezm@verizon.net

October 12, 2022

Bryan Simpson United States Courthouse

300 North Hogan Street

Jacksonville, Florida 32202

**Attn: Clerk's Office**

Plaintiff(s): Zeqarije Julie Mehmedagic and Osman Mehmedagic

Defendant(s): 1. Law Offices of Michael W. Lanier/Lanier Law LLC

        2. Fortress Law Group LLC

        Case No. 3:14-CV-786-J-34PDB

**Statement of Claim**

Dear Sir/Madam,

Beginning in May of 2012, our family encountered a financial hardship, and we needed legal representation to modify/streamline two loans:

    1st mortgage with Bank of America

    2nd Equity loan with Wachovia/Wells Fargo

I researched several options for loan modification, and I found the Law Offices of Michael W. Lanier, P.A., who claimed to have 20 years of experience in loan modification/foreclosure bailouts. The Law Offices of Michael W. Lanier claimed to specialize in preventing foreclosures for homeowners who were experiencing hardship and could not meet the mortgage obligations. This law firm seemed legitimate, so I reached out to them via email, and I requested their services (Copy attached).

The Law Offices of Michael W. Lanier
4237 Salisbury Road
Suite 108
Jacksonville, FL 32216

2

Our point of contact was Stephen NeSmith, Senior Housing Counselor, and after I spoke with him, he forwarded documents for processing our loan modification. He also requested a fee of $2,500.00, but I was not able to meet his demand due to a lack of funds; so I didn't submit the documents nor the payment.

In October of 2012, a new set of instructions came, but the request did not come from The Law Offices of Michael W. Lanier. The law firm who would handle the modification proceedings was listed as Fortress Law Group LLC. I made a call to Fortress Law Group to find out who was assigned to handle our case, and Jim Laker instructed me where and how to forward the new set of documents. Fortress Law Group would take over and oversee our modification. I followed his recommendation, including his instructions which included a payment request to Fortress Law Group in the amount of $3,000.00 for modification of our loan. I agreed to pay the fee of $3,000.00 in two separate payments of $1500.00 each because of our financial situation.

I made the first payment of $1,500.00 October 30, 2012, and I followed with the second payment through Wells Fargo Bank, with a Certified check for $1,500.00, made out to Fortress Law Group January 31, 2013, which was posted on 2/1/2013 (Copies of the vouchers attached).

Therefore,
1st payment of $1,500.00 (Paid to Fortress on 10/12/2012), fee for modification
2nd payment of $1,500.00 (Paid to Fortress on 1/31, posted 2/1/2013), fee for modification
Total:          $3,000.00 Paid to Fortress Law Group LLC

Pamela Thomas from Fortress Law Group forwarded a new agreement January 28, 2013, and she advised me to make partial mortgage payments in the amount of $600.00, processed through Reliant (RAM processing). This was so that Bank of America, the mortgage carrier of our primary residence, would not foreclose on our home. Her instructions were to make the said $600.00 partial monthly payments, and those funds would be held in an escrow account until our modification was processed. I agreed to make the payments through Bank of America. I provided an explanation to the Mortgage Department at the Bank of America with each $600.00 monthly payment that came from our Bank of America checking account. I explained the reason those funds were being deposited into an escrow account was because they were being managed by Fortress Law Group, who was assisting us with loan modification.

Note:
Fortress Law Group (supposedly) negotiated partial payments for our primary mortgage to be paid to Bank of America after the loan modification. The partial payments towards the mortgage would keep our property from being foreclosed.

<u>I made five payments in the amount of $600.00 each, as listed below:</u>
1st payment of $600.00 (Paid on 2/28/2013)
2nd payment of $600.00 (Paid on 3/28/2013)
3rd payment of $600.00 (Paid on 4/29/2013)
4th payment of $600.00 (Paid on 5/28/2013)
<u>5th payment of $600.00 (Paid on 6/28/2012)</u>
Total:          $3,000.00 Paid to Fortress Law Group LLC

| Therefore, | $3000.00 for loan modification fees |
| Plus | $3000.00 held in an escrow for further distribution |
| Total payments: | $6,000.00 paid to Fortress Law Group LLC |

I realized that none of the scheduled partial payments were being credit towards our mortgage with Bank of America, so I asked them if they had any update about our loan modification. They advised me that no modification request was ever made on our behalf.

My last phone conversation with Pamela Thomas at Fortress Law Group, was on 7/9/2013, regarding the $6,000.00 that they took from us. I realized that Fortress Law Group never intended to assist us because Pamela Thomas was not concerned with any threat of litigation. They did not honor the contract because it was a swindle, and the $6,000.00 that we paid for modification was a front for a fraud. I went to the Bank of America for assistance regarding this matter, but they refused to comment.

I mailed out a letter to Fortress Law Group, LLC dated 7/16/13 and I forwarded a copy to Bank of America listing the chain of events that took place. This included the fact that we paid a $3,000.00 fee for loan modification, which never took place, and an additional $3,000.00, paid in five partial installments as listed above to Fortress Law Group. Fortress Law Group LLC swindled $6,000.00 from us, at the time when we needed legal assistance, and they left us devastated.

Finally, NJ Home Keeper Program, assisted us with our mortgage, and on July 16, 2013, they approved our loan. This covered all the delinquent mortgage payments and fees that were incurred.

We were not able to pursue this case through courts at that time due to overwhelming financial obligations, specifically since the Law Offices of Michael W. Lanier LLC and Fortress Law Group LLC were Florida Limited Liability companies, and out of New Jersey's jurisdiction.

Several weeks ago, I came across a document, Case No. 3:14-CV-786-J-34PBD that places Lanier Law LLC/Law Offices of Michael W. Lanier, a Florida Limited Liability company, as a company that was litigated for fraud by the Federal Trade Commission. It further stipulates that Fortress Law Group LLC was also part of the same litigation. It was decided that they never represented clients. The legal advice and representation that these companies offered was just a marketing scam.

This gives me hope that such criminal conduct is not being tolerated in United States of America, particularly when the scammers present themselves as law firms who stand to represent clients in legal matters.

After you review the attachments pertaining to this case, please let me know if you have any questions.

We are hoping that you can represent our case in court.

4

Thank you.

Sincerely,

Zeqarije Julie Mehmedagic
juliezm@verizon.net
(201) 294-1468